JS - 6

# UNITED STATES DISTRICT COURT OF CALIFORNIA
# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| TODD TARICCO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>　　　　Defendants. | **Case No. CV 18-2452-GW(JPRx)**<br>(Los Angeles Sup Ct. Case No. BC686049)<br><br>**ORDER ON STIPULATION RE: DISMISSAL**<br>[*Federal Rule of Civil Procedure* 41(a)(1)]<br><br>Complaint Filed: 12/07/2017 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: May 8, 2018   _____
　　　　　　　　　　　　GEORGE H. WU,
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE